IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05cv236

| | | |
|---|---|---|
| BERKLEY GROUP, LLC; and SAINT PATRICK'S EPISCOPAL CHURCH, | ) ) ) | |
| Petitioners, | ) ) | |
| Vs. | ) ) | ORDER |
| TOWN OF MOORESVILLE; and THE MOORESVILLE BOARD OF COMMISSIONERS, | ) ) ) ) | |
| Respondents. | ) ) | |

**THIS MATTER** is before the court on the joint Motion to Stay Case (#16). For cause, the parties have shown that substantial efforts have been made toward resolving this controversy, which may make further litigation unnecessary. Finding good cause for the proposed relief, the court will enter a temporary stay of all deadlines for 90 days. The court greatly appreciates efforts and the professionalism of respective counsel in this matter.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay Case (#16) is **GRANTED,** and all deadlines in this matter are **STAYED** for 90 days.

Signed: July 14, 2006

Dennis L. Howell
United States Magistrate Judge