# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:05cv236

| | |
|---|---|
| BERKLEY GROUP, LLC; and SAINT PATRICK'S EPISCOPAL CHURCH, <br><br> Petitioners, <br><br> Vs. <br><br> TOWN OF MOORESVILLE; and THE MOORESVILLE BOARD OF COMMISSIONERS, <br><br> Respondents. | ORDER |

**THIS MATTER** is before the court on the third joint Motion to Stay Case (#20). For cause, the parties have again shown that substantial efforts have been made toward resolving this controversy, which may make further litigation unnecessary. Finding good cause for the proposed relief, the court will enter a temporary further stay of all deadlines for 60 days. The court greatly appreciates the efforts and the professionalism of respective counsel in this matter.

# ORDER

**IT IS, THEREFORE, ORDERED** that the third joint Motion to Stay Case (#20) is **GRANTED,** and all deadlines in this matter are **STAYED** for 60 days from the date this Order is filed.

Signed: March 22, 2007

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge